## (July 10, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVERETT K. ALDRICH, Appellant.— Motion for leave to prosecute appeal from an order denying a writ of habeas corpus upon hand-printed papers. Motion denied, but the appellant may perfect the appeal upon one typewritten copy of record and five typewritten copies of brief, provided an appeal has been timely taken. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ EMANUEL BACCOLAS, Respondent, v. JANET BEGA, Also Known as JANET B. GORDON, Appellant.— Motion to dismiss appeal and to vacate stay further adjourned until July 24, 1956 so that defendant-appellant may engage other counsel if she is so advised. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ THEODORE G. DALEY, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Plaintiffs, v. FRANCIS L. STICKEL, Individually and as Secretary-Treasurer of Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local Union No. 445, et al., Defendants.— Motion to dismiss appeal granted unless appellants prepare and serve the record on appeal and their brief on or before July 16, 1956 and be ready for argument on July 24, 1956 at 1 o'clock P.M. Respondents should file and serve their brief on or before July 21, 1956. The brief of either side may be in the form authorized by rule 21 of this court. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See *post*, p. 821.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUY L. DAVENPORT, Appellant.— Motion for permission to prosecute appeal on hand-written papers denied, but the appeal may be perfected, if an appeal has been properly taken, by filing a single typewritten copy of record and five typewritten copies of brief. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ANTHONY DURANTE, Appellant, against REEVES INSTRUMENT CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ DUBOIS J. GILLETTE, Appellant, v. MIRIAM G. PICON et al., Respondents. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.